Laura E. Krank
Attorney at Law: 220208
  Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Avelino C. Barcellos

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

|  |  |
|---|---|
| AVELINO C. BARCELLOS, | ) Case No.: 1:11-cv-771 GSA |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

IT IS SO ORDERED on the stipulation of the parties that the above

captioned matter is dismissed with prejudice, each party to bear its own fees, costs,

and expenses.


IT IS SO ORDERED.

Dated:   **November 7, 2011**            **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE